UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Capone and Keefe, PC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax #732-528-4458

**Order Filed on October 11, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Karl G. and Yolanda Spicer

Case No.:       17-22849

Chapter:        13

Judge:          John K. Sherwood

**ORDER AUTHORIZING RETENTION OF**

Special Counsel

The relief set forth on the following page is **ORDERED**.

**DATED: October 11, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Laura A. Rabb_____

as _____Special Counsel- Attorney_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 284 Amboy Avenue
   Woodbridge, NJ 07095

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Karl G. Spicer  
Yolanda G. Spicer  
    Debtors

Case No. 17-22849-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Oct 11, 2017  
                       Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2017.  
db/jdb        Karl G. Spicer,    Yolanda G. Spicer,    2837 Kathleen Ter,    Union, NJ    07083-4114  
aty          +Laura A. Rabb,    284 Amboy Avenue,    Woodbridge, NJ 07095-2804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2017 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    First Community Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marc C. Capone    on behalf of Joint Debtor Yolanda G. Spicer mcapone@caponeandkeefe.com, docs@caponeandkeefe.com  
        Marc C. Capone    on behalf of Debtor Karl G. Spicer mcapone@caponeandkeefe.com, docs@caponeandkeefe.com  
        Marie-Ann Greenberg     magecf@magtrustee.com  
        Miriam Rosenblatt    on behalf of Creditor    Freddie MAC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                        TOTAL: 6