Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–22849–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Karl G. Spicer                                Yolanda G. Spicer
2837 Kathleen Ter                             2837 Kathleen Ter
Union, NJ 07083–4114                          Union, NJ 07083–4114

Social Security No.:
xxx–xx–3396                                   xxx–xx–2854

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 18, 2017.

On 3/9/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:           April 12, 2018
Time:           09:00 AM
Location:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 13, 2018
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 17-22849-JKS
Karl G. Spicer                                                           Chapter 13
Yolanda G. Spicer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Mar 13, 2018
                              Form ID: 185                 Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
```
db/jdb         Karl G. Spicer,   Yolanda G. Spicer,    2837 Kathleen Ter,   Union, NJ 07083-4114
aty           +Laura A. Rabb,   284 Amboy Avenue,   Woodbridge, NJ 07095-2804
cr            +Freddie MAC,   C/O Robertson, Anschutz & Schneid P.L.,   6409 Congress Ave,   Suite 100,
               Boca Raton, FL 33487-2853
516897927     #Bank of America,   NC4-105-03-14,   PO Box 26012,   Greensboro, NC 27420-6012
517103692      Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516897929      Cardworks/CW Nexus- Merrick Bank,   Attn: Bankruptcy,   PO Box 9201,
               Old Bethpage, NY 11804-9001
516897930      Chase Card- Slate,   Attn: Correspondence Dept,   PO Box 15298,   Wilmington, DE 19850-5298
516897931      Citibank/the Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   PO Box 790040S,
               Louis, MO 63129
516897934      Eos Cca- Verizon Wireless,   700 Longwater Dr,   Norwell, MA 02061-1624
516897935      Fed Loan Servicing,   PO Box 69184,   Harrisburg, PA 17106-9184
517162289     +First Community Bank,   c/o Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
516897936      Hudson County Employees FCU,   PO Box 7,   Brick, NJ 08723-0007
517175717     +Lakeview Loan Servicing, LLC,   c/o LoanCare, LLC,   3637 Sentara Way,
               Virginia Beach, VA 23452-4262
516897939      Loancare Inc,   PO Box 8068,   Virginia Beach, VA 23450-8068
516897944      Public Service Fcu,   619 Union Ave,   Middlesex, NJ 08846-1963
516897947    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of NJ- Division of Taxation,   PO Box 286,
               Trenton, NJ 08695-0286)
516897945      Specialized Loan Servicing/Sls,   Attn: Bankruptcy,   PO Box 636005,
               Littleton, CO 80163-6005
516897946     +State of NJ- Div of Taxation,   PO Box 046,   Trenton, NJ 08601-0046
516897951      The Home Depot,   PO Box 9001010,   Louisville, KY 40290-1010
516897952      Volvo Car Financial Sv,   1 Volvo Dr,   Rockleigh, NJ 07647-2507
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2018 23:19:09     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2018 23:19:06     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 23:16:11
               Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
516897928      E-mail/Text: cms-bk@cms-collect.com Mar 13 2018 23:18:57     Capital Management Services,
               698 1/2 S Ogden St,   Buffalo, NY 14206-2317
516897932      E-mail/PDF: creditonebknotifications@resurgent.com Mar 13 2018 23:21:56     Credit One Bank NA,
               PO Box 98873,   Las Vegas, NV 89193-8873
516909382      E-mail/Text: mrdiscen@discover.com Mar 13 2018 23:18:34     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
516897933      E-mail/Text: mrdiscen@discover.com Mar 13 2018 23:18:34     Discover Financial,   PO Box 3025,
               New Albany, OH 43054-3025
516897937      E-mail/Text: cio.bncmail@irs.gov Mar 13 2018 23:18:47     Internal Revenue Service,
               PO Box 804527,   Cincinnati, OH 45280-4527
516897938      E-mail/Text: bnckohlsnotices@becket-lee.com Mar 13 2018 23:18:37     Kohls/Capital One,
               Kohls Credit,   PO Box 3043,   Milwaukee, WI 53201-3043
517085681      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 13 2018 23:21:49
               LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517085201      E-mail/Text: bkr@cardworks.com Mar 13 2018 23:18:30     MERRICK BANK,
               Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517132394     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 13 2018 23:19:06     MIDLAND FUNDING LLC,
               PO BOX 2011,   WARREN, MI 48090-2011
516897940      E-mail/PDF: pa_dc_claims@navient.com Mar 13 2018 23:16:03     Navient,   Attn: Bankruptcy,
               PO Box 9500,   Wilkes Barre, PA 18773-9500
517163559     +Fax: 407-737-5634 Mar 14 2018 00:50:23     Ocwen Loan Servicing, LLC,
               Ocwen Loan Servicing, LLC,   ATTN: Cashiering Department,   1661 Worthington Rd., Suite 100,
               West Palm Beach, FL 33409-6493
516897941      Fax: 407-737-5634 Mar 14 2018 00:50:23     Ocwen Loan Servicing, LLC,
               Attn: Research/Bankruptcy,   1661 Worthington Rd Ste 100,   West Palm Beach, FL 33409-6493
516897942      E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 23:15:59     Old Navy Visa/Synchrony Bank,
               PO Box 960017,   Orlando, FL 32896-0017
517127346      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2018 23:16:29
               Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,   POB 41067,
               Norfolk VA 23541
516897943      E-mail/Text: bankruptcy@prosper.com Mar 13 2018 23:19:42     Prosper Marketplace Inc,
               PO Box 396081,   San Francisco, CA 94139-6081
517175517     +E-mail/Text: bncmail@w-legal.com Mar 13 2018 23:19:20     Prosper Marketplace Inc.,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Mar 13, 2018
                              Form ID: 185             Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517070288        E-mail/Text: bnc-quantum@quantum3group.com Mar 13 2018 23:19:01
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
516900080       +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 23:16:12      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516897948        E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 23:16:11      Synchrony Bank,    PO Box 960061,
                 Orlando, FL  32896-0061
516897949        E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 23:16:11      Synchrony Bank/Old Navy,
                 Attn: Bankruptcy,    PO Box 956060,    Orlando, FL  32896-5060
516897950        E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 23:16:26      Synchrony Bank/Pc Richard,
                 Attn: Bankruptcy,    PO Box 956060,    Orlando, FL  32896-5060
516979500       +E-mail/Text: BKRMailOps@weltman.com Mar 13 2018 23:19:15
                 Volvo Car Financial Services US, LLC,     c/o Weltman, Weinberg & Reis Co LPA,
                 323 W. Lakeside Ave Suite 200,     Cleveland, OH 44113-1009
516954643        E-mail/PDF: pa_dc_litigation@navient.com Mar 13 2018 23:16:31
                 navient Solutions, LLC. on behalf of,    United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
                                                                                              TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517280662        Public Service Hudson County EFCU
517108375*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    First Community Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marc C. Capone     on behalf of Joint Debtor Yolanda G. Spicer mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone     on behalf of Debtor Karl G. Spicer mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    LakeView Loan Servicing, LLC nj-ecfmail@mwc-law.com
              Miriam Rosenblatt    on behalf of Creditor    Freddie MAC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```