---

**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security  **0** Assumption of Executory Contract or Unexpired Lease  **0** Lien Avoidance

---

Last Revised December 1, 2017

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:                                                                       Case No. **2:17-bk-22849**

                                                                             Judge _____

**Spicer, Karl G. & Spicer, Yolanda G.**
                              Debtor(s)

### CHAPTER 13 PLAN AND MOTIONS

[ ] Original                    [X] Modified/Notice Required         Date: **March 6, 2018**

[ ] Motions Included            [ ] Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

[ ] DOES [X] DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

[ ] DOES [X] DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

[ ] DOES [X] DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: **MCC**          Initial Debtor: **KGS**          Initial Co-Debtor: **YGS**

## Part 1: Payment and Length of Plan

a. The debtor shall pay $ **963.00** per **month** to the Chapter 13 Trustee, starting on  **7/01/2017**  for approximately **60** months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
   **[X]** Future Earnings
   **[ ]** Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
   **[ ]** Sale of real property
      Description:
      Proposed date for completion: _____

   **[ ]** Refinance of real property
      Description:
      Proposed date for completion: _____

   **[ ]** Loan modification with respect to mortgage encumbering property
      Description:
      Proposed date for completion: _____

d.  **[ ]**  The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  **[ ]**  Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection [X] NONE

a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to _____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Capone & Keefe, PC** | Administrative Expense | **1,750.00** |
| **Internal Revenue Service** | **Taxes** | **2,805.68** |
| **State of NJ- Division of Taxation** | **Taxes** | **2,633.55** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
**[X]** None
**[ ]** The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence: [ ]NONE**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Specialized Loan Servicing/Sls** | **2837 Kathleen Ter, Union, NJ 07083-4114** | **1,597.91 Plus $4,247.20 post-petition arrears as per Order resolving stay motion** | **0.00%** | **5,845.11** | **530.90** |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: [X] NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506: [X] NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| **None** | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments [X] NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

3

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender [ ] NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Ocwen Loan Servicing, LLC** | **22 Julia Ave, Hamilton, NJ 08610-6528** | **158,000.00** | **0.00** |

**f. Secured Claims Unaffected by the Plan [ ] NONE**

The following secured claims are unaffected by the Plan:
**Loancare Inc**
**Public Service Fcu**

**g. Secured Claims to Be Paid in Full Through the Plan [X] NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **None** | | |

**Part 5: Unsecured Claims [ ] NONE**

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

___ Not less than $ _____ to be distributed *pro rata*
 **X**  Not less than **0.00** percent
___ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **Fed Loan Servicing** | **student loan** | **Deferred, Placed into forbearance or paid outside plan at 100% pursuant to contract** | **34,013.00** |
| **Fed Loan Servicing** | **student loan** | **Deferred, Placed into forbearance or paid outside plan at 100% pursuant to contract** | **32,685.00** |
| **Fed Loan Servicing** | **student loan** | **Deferred, Placed into forbearance or paid outside plan at 100% pursuant to** | **13,378.00** |

| Creditor | | | | |
|---|---|---|---|---|
| | | | contract | |
| Fed Loan Servicing | | student loan | **Deferred, Placed into forbearance or paid outside plan at 100% pursuant to contract** | 9,810.00 |
| Navient | | student loan | **Deferred, Placed into forbearance or paid outside plan at 100% pursuant to contract** | 45,573.00 |

**Part 6: Executory Contracts and Unexpired Leases [ ] NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| **Volvo Car Financial Sv** | **0.00** | **Installment account opened 6/1/2015Credit Limit: $0.00, Remai** | **Regular payments outside the Plan as per the original lease agreement.** | **0.00** |

**Part 7: Motions**

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). [ ] NONE**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

**b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured. [X] NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| **None** | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. [X] NONE**

5

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| **None** | | | | | |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

  **X**  Upon Confirmation
  ___  Upon Discharge

**b. Payment Notices**

Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) **Trustee Commissions**
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

**d. Post-petition claims** The Trustee **[ ]** is, **[X]** is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification [ ] NONE

If this plan modifies a plan previously filed in this case, complete the information below.

Date of Plan being modified:  **6/23/2017**

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| **To add post-petition mortgage arrears to plan as per Order resolving stay motion filed by Specialized Loan Servicing/First Community Bank.** | |

Are Schedules I and J being filed simultaneously with this Modified Plan?  **[ ]** Yes  **[X]** No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

**[X]** NONE
**[ ]** Explain here:

6

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: **March  6, 2018**          */s/ Marc Capone*
                                  Attorney for the Debtor

Date: **March  6, 2018**          */s/ Karl G. Spicer*
                                  Debtor

Date: **March  6, 2018**          */s/ Yolanda G. Spicer*
                                  Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.
Date: **March  6, 2018**          */s/ Marc Capone*
                                  Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: **March  6, 2018**          */s/ Karl G. Spicer*
                                  Debtor

Date: **March  6, 2018**          */s/ Yolanda G. Spicer*
                                  Joint Debtor

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                          Case No. 17-22849-JKS
Karl G. Spicer                                                  Chapter 13
Yolanda G. Spicer
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 2           Date Rcvd: Mar 13, 2018
                             Form ID: pdf901          Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
db/jdb         Karl G. Spicer,    Yolanda G. Spicer,    2837 Kathleen Ter,    Union, NJ 07083-4114
aty           +Laura A. Rabb,    284 Amboy Avenue,    Woodbridge, NJ 07095-2804
cr            +Freddie MAC,    C/O Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave,    Suite 100,
                Boca Raton, FL 33487-2853
516897927     #Bank of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
517103692      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
516897929      Cardworks/CW Nexus- Merrick Bank,    Attn: Bankruptcy,    PO Box 9201,
                Old Bethpage, NY 11804-9001
516897930      Chase Card- Slate,    Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
516897931      Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,     PO Box 790040S,
                Louis, MO 63129
516897934      Eos Cca- Verizon Wireless,    700 Longwater Dr,    Norwell, MA 02061-1624
516897935      Fed Loan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
517162289     +First Community Bank,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
516897936      Hudson County Employees FCU,    PO Box 7,    Brick, NJ 08723-0007
517175717     +Lakeview Loan Servicing, LLC,    c/o LoanCare, LLC,    3637 Sentara Way,
                Virginia Beach, VA 23452-4262
516897939      Loancare Inc,    PO Box 8068,   Virginia Beach, VA 23450-8068
516897944      Public Service Fcu,    619 Union Ave,    Middlesex, NJ 08846-1963
516897947    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: State of NJ- Division of Taxation,     PO Box 286,
                  Trenton, NJ 08695-0286)
516897945      Specialized Loan Servicing/Sls,    Attn: Bankruptcy,    PO Box 636005,
                Littleton, CO 80163-6005
516897946     +State of NJ- Div of Taxation,    PO Box 046,   Trenton, NJ 08601-0046
516897951      The Home Depot,    PO Box 9001010,    Louisville, KY 40290-1010
516897952      Volvo Car Financial Sv,    1 Volvo Dr,    Rockleigh, NJ 07647-2507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2018 23:19:09      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2018 23:19:06      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 23:16:08
                Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,   Norfolk, VA 23541-1021
516897928      E-mail/Text: cms-bk@cms-collect.com Mar 13 2018 23:18:57      Capital Management Services,
                698 1/2 S Ogden St,   Buffalo, NY 14206-2317
516897932      E-mail/PDF: creditonebknotifications@resurgent.com Mar 13 2018 23:16:18       Credit One Bank NA,
                PO Box 98873,    Las Vegas, NV 89193-8873
516909382      E-mail/Text: mrdiscen@discover.com Mar 13 2018 23:18:34      Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
516897933      E-mail/Text: mrdiscen@discover.com Mar 13 2018 23:18:34      Discover Financial,   PO Box 3025,
                New Albany, OH 43054-3025
516897937      E-mail/Text: cio.bncmail@irs.gov Mar 13 2018 23:18:42      Internal Revenue Service,
                PO Box 804527,    Cincinnati, OH 45280-4527
516897938      E-mail/Text: bnckohlsnotices@becket-lee.com Mar 13 2018 23:18:36      Kohls/Capital One,
                Kohls Credit,    PO Box 3043,   Milwaukee, WI 53201-3043
517085681      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 13 2018 23:21:49
                LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517085201      E-mail/Text: bkr@cardworks.com Mar 13 2018 23:18:30      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
517132394     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 13 2018 23:19:06      MIDLAND FUNDING LLC,
                PO BOX 2011,    WARREN, MI 48090-2011
516897940      E-mail/PDF: pa_dc_claims@navient.com Mar 13 2018 23:16:03      Navient,   Attn: Bankruptcy,
                PO Box 9500,    Wilkes Barre, PA 18773-9500
517163559     +Fax: 407-737-5634 Mar 13 2018 23:50:21      Ocwen Loan Servicing, LLC,
                Ocwen Loan Servicing, LLC,    ATTN: Cashiering Department,    1661 Worthington Rd., Suite 100,
                West Palm Beach, FL 33409-6493
516897941      Fax: 407-737-5634 Mar 13 2018 23:50:21      Ocwen Loan Servicing, LLC,
                Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Beach, FL 33409-6493
516897942      E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 23:16:22      Old Navy Visa/Synchrony Bank,
                PO Box 960017,    Orlando, FL 32896-0017
517127346      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2018 23:16:28
                Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                Norfolk VA 23541
516897943      E-mail/Text: bankruptcy@prosper.com Mar 13 2018 23:19:42      Prosper Marketplace Inc,
                PO Box 396081,    San Francisco, CA 94139-6081
517175517     +E-mail/Text: bncmail@w-legal.com Mar 13 2018 23:19:20      Prosper Marketplace Inc.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0312-2          User: admin                    Page 2 of 2                  Date Rcvd: Mar 13, 2018
                              Form ID: pdf901                Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517070288      E-mail/Text: bnc-quantum@quantum3group.com Mar 13 2018 23:19:00
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
516900080     +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 23:15:56      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516897948      E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 23:15:56      Synchrony Bank,   PO Box 960061,
               Orlando, FL 32896-0061
516897949      E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 23:16:08      Synchrony Bank/Old Navy,
               Attn: Bankruptcy,    PO Box 956060,    Orlando, FL 32896-5060
516897950      E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 23:16:08      Synchrony Bank/Pc Richard,
               Attn: Bankruptcy,    PO Box 956060,    Orlando, FL 32896-5060
516979500     +E-mail/Text: BKRMailOps@weltman.com Mar 13 2018 23:19:15
               Volvo Car Financial Services US, LLC,    c/o Weltman, Weinberg & Reis Co LPA,
               323 W. Lakeside Ave Suite 200,    Cleveland, OH 44113-1009
516954643      E-mail/PDF: pa_dc_litigation@navient.com Mar 13 2018 23:16:16
               navient Solutions, LLC. on behalf of,    United Student Aid Funds, Inc.,
               Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
                                                                                                TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517280662      Public Service Hudson County EFCU
517108375*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
               Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    First Community Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marc C. Capone    on behalf of Joint Debtor Yolanda G. Spicer mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone    on behalf of Debtor Karl G. Spicer mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    LakeView Loan Servicing, LLC nj-ecfmail@mwc-law.com
              Miriam Rosenblatt    on behalf of Creditor    Freddie MAC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```