**Order Filed on March 21, 2018 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Capone and Keefe, PC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166

In Re:

 Karl G. and Yolanda Spicer

Case No.: _____17-22849_____

Chapter: 13

Judge: _____Sherwood_____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 21, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc C. Capone_____, the applicant, is allowed a fee of $ _____900.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____900.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____980.00_____ per month for _____51_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-22849-JKS
Karl G. Spicer                                                  Chapter 13
Yolanda G. Spicer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Mar 22, 2018
                              Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
db/jdb         Karl G. Spicer,    Yolanda G. Spicer,    2837 Kathleen Ter,    Union, NJ  07083-4114
aty           +Laura A. Rabb,     284 Amboy Avenue,     Woodbridge, NJ 07095-2804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   First Community Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marc C. Capone   on behalf of Joint Debtor Yolanda G. Spicer mcapone@caponeandkeefe.com,
           docs@caponeandkeefe.com
          Marc C. Capone   on behalf of Debtor Karl G. Spicer mcapone@caponeandkeefe.com,
           docs@caponeandkeefe.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Melissa S DiCerbo   on behalf of Creditor   LakeView Loan Servicing, LLC nj-ecfmail@mwc-law.com
          Miriam  Rosenblatt   on behalf of Creditor   Freddie MAC bkyecf@rasflaw.com,
           mrosenblatt@rasflaw.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                       TOTAL: 7