UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
First Community Bank



Order Filed on June 11, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:
    Karl G. Spicer, Yolanda G. Spicer

Debtor.

Case No.: 17-22849 JKS

Adv. No.:

Hearing Date: 3/8/18 @ 11:00 A.M.

Judge: John K. Sherwood

# AMENDED ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 11, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor: Karl G. Spicer, Yolanda G. Spicer
Case No: 17-22849 JKS
Caption of Order: AMENDED ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Lakeview Loan Servicing, LLC, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 2837 Kathleen Terrace, Union, NJ, 07083, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Marc C. Capone, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 20, 2018, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due July 2017 through March 2018 for a total post-petition default of $4,778.10 (9 @ $530.90); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $4,778.10 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume April 1, 2018 directly to Secured Creditor's servicer, Specialized Loan Servicing LLC, PO Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $176.00 for filing fees, totaling $526.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.