Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  17−22849−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karl G. Spicer                                 Yolanda G. Spicer
   2837 Kathleen Ter                        2837 Kathleen Ter
   Union, NJ 07083−4114               Union, NJ 07083−4114

Social Security No.:
   xxx−xx−3396                                  xxx−xx−2854

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/9/18 at 11:00 AM

to consider and act upon the following:

**49** − Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 2837 Kathleen Terrace, Union, NJ, 07083. Fee Amount $ 181. filed by Creditor First Community Bank, 47 Amended Order (Generic)) filed by Denise E. Carlon on behalf of First Community Bank. Objection deadline is 07/6/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

**50** − Certification in Opposition to (related document:49 Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 2837 Kathleen Terrace, Union, NJ, 07083. Fee Amount $ 181. filed by Creditor First Community Bank, 47 Amended Order (Generic)) filed by Denise E. Carlon on behalf of First Community Bank. Objection deadline is 07/6/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor First Community Bank) filed by Marc C. Capone on behalf of Karl G. Spicer, Yolanda G. Spicer. (Capone, Marc)

Dated: 7/9/18

                                                        Jeanne Naughton
                                                       Clerk, U.S. Bankruptcy Court