Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−22849−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karl G. Spicer                                       Yolanda G. Spicer
   2837 Kathleen Ter                                 2837 Kathleen Ter
   Union, NJ 07083−4114                       Union, NJ 07083−4114

Social Security No.:
   xxx−xx−3396                                           xxx−xx−2854

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/10/19 at 10:00 AM

to consider and act upon the following:

**67** − Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 2837 Kathleen Terrace, Union, NJ, 07083. Fee Amount $ 181. filed by Creditor First Community Bank, 57 Order (Generic)) filed by Denise E. Carlon on behalf of First Community Bank. Objection deadline is 09/9/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

**69** − Certification in Opposition to (related document:67 Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 2837 Kathleen Terrace, Union, NJ, 07083. Fee Amount $ 181. filed by Creditor First Community Bank, 57 Order (Generic)) filed by Denise E. Carlon on behalf of First Community Bank. Objection deadline is 09/9/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor First Community Bank) filed by Marc C Capone on behalf of Karl G. Spicer, Yolanda G. Spicer. (Capone, Marc)

Dated: 9/10/19

                                                                                    Jeanne Naughton
                                                                                     Clerk, U.S. Bankruptcy Court