Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 17−22849−JKS  
Chapter: 13  
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Karl G. Spicer                                 Yolanda G. Spicer  
2837 Kathleen Ter                              2837 Kathleen Ter  
Union, NJ 07083−4114                           Union, NJ 07083−4114

Social Security No.:  
xxx−xx−3396                                    xxx−xx−2854

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/10/19 at 10:00 AM

to consider and act upon the following:

**67** − Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 2837 Kathleen Terrace, Union, NJ, 07083. Fee Amount $ 181. filed by Creditor First Community Bank, 57 Order (Generic)) filed by Denise E. Carlon on behalf of First Community Bank. Objection deadline is 09/9/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

**69** − Certification in Opposition to (related document:67 Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 2837 Kathleen Terrace, Union, NJ, 07083. Fee Amount $ 181. filed by Creditor First Community Bank, 57 Order (Generic)) filed by Denise E. Carlon on behalf of First Community Bank. Objection deadline is 09/9/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor First Community Bank) filed by Marc C Capone on behalf of Karl G. Spicer, Yolanda G. Spicer. (Capone, Marc)

Dated: 9/10/19

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Karl G. Spicer
Yolanda G. Spicer
    Debtors

Case No. 17-22849-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 10, 2019
                        Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2019.
db/jdb         Karl G. Spicer,    Yolanda G. Spicer,    2837 Kathleen Ter,    Union, NJ    07083-4114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2019 at the address(es) listed below:
         Alexandra T. Garcia    on behalf of Creditor    LakeView Loan Servicing, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
         Denise E. Carlon    on behalf of Creditor    First Community Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Laura M. Egerman    on behalf of Creditor    Freddie MAC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
         Marc C Capone    on behalf of Joint Debtor Yolanda G. Spicer 5325@notices.nextchapterbk.com, docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
         Marc C Capone    on behalf of Debtor Karl G. Spicer 5325@notices.nextchapterbk.com, docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Melissa S DiCerbo    on behalf of Creditor    LakeView Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
         Robert Davidow    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                       TOTAL: 9