UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
First Community Bank

**Order Filed on September 24,
2019 by Clerk U.S. Bankruptcy
Court District of New Jersey**

In Re:
        Karl G. Spicer, Yolanda G. Spicer

Debtors.

Case No.:  17-22849 JKS

Adv. No.:

Hearing Date:  10/10/19 @ 10:00 a.m.

Judge:  John K. Sherwood

### ORDER CURING POST PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: September 24, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtors:  Karl G. Spicer, Yolanda G. Spicer
Case No:  17-22849 JKS
Caption of Order:  ORDER CURING POST PETITION ARREARS & RESOLVING CERTIFICATION
OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, First Community Bank, Denise Carlon, Esq. appearing, upon certification of default as to real property located at 2837 Kathleen Terrace, Union, NJ, 07083, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Marc C. Capone, Esq., attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of September 10, 2019, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due May 2019 through August 2019 for a total post-petition default of $6,137.62 (4 @ 1,586.07; less suspense $206.66); and

It is **ORDERED, ADJUDGED and DECREED** that the debtor is to make a lump sum payment of $3,000.00 by September 30, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $3,137.62 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume September 20, 2019, directly to Secured Creditor care of its servicer, SLS, P.O. Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees which is to be paid through Debtor's Chapter 13 plan and the certification of default is hereby resolved.