Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−22849−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Karl G. Spicer                                    Yolanda G. Spicer
  2837 Kathleen Ter                        2837 Kathleen Ter
  Union, NJ 07083−4114              Union, NJ 07083−4114

Social Security No.:
  xxx−xx−3396                                      xxx−xx−2854

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/9/20 at 10:00 AM

to consider and act upon the following:

*84* − Amended Schedule(s) : C,Summary of Schedules,Other Schedules re:Declaration About an Individual Debtor's Schedules filed by Marc C Capone on behalf of Karl G. Spicer, Yolanda G. Spicer. (Capone, Marc)

*85* − Objection to Amended Schedule(s) : C,Summary of Schedules,Other Schedules re:Declaration About an Individual Debtor's Schedules (related document:84 Amended Schedule(s) : C,Summary of Schedules,Other Schedules re:Declaration About an Individual Debtor's Schedules filed by Marc C Capone on behalf of Karl G. Spicer, Yolanda G. Spicer. filed by Debtor Karl G. Spicer, Joint Debtor Yolanda G. Spicer) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 12/13/19

                                                                    Jeanne Naughton
                                                                      Clerk, U.S. Bankruptcy Court