Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−22849−JKS
    Chapter: 13
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karl G. Spicer                                            Yolanda G. Spicer
   2837 Kathleen Ter                              2837 Kathleen Ter
   Union, NJ 07083−4114                      Union, NJ 07083−4114

Social Security No.:
   xxx−xx−3396                                               xxx−xx−2854

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/9/20 at 10:00 AM

to consider and act upon the following:

*84* − Amended Schedule(s) : C,Summary of Schedules,Other Schedules re:Declaration About an Individual Debtor's Schedules filed by Marc C Capone on behalf of Karl G. Spicer, Yolanda G. Spicer. (Capone, Marc)

*85* − Objection to Amended Schedule(s) : C,Summary of Schedules,Other Schedules re:Declaration About an Individual Debtor's Schedules (related document:84 Amended Schedule(s) : C,Summary of Schedules,Other Schedules re:Declaration About an Individual Debtor's Schedules filed by Marc C Capone on behalf of Karl G. Spicer, Yolanda G. Spicer. filed by Debtor Karl G. Spicer, Joint Debtor Yolanda G. Spicer) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 12/13/19

                                                                             Jeanne Naughton
                                                                             Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Karl G. Spicer  
Yolanda G. Spicer  
    Debtors

Case No. 17-22849-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 13, 2019  
                      Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2019.  
db/jdb        Karl G. Spicer,    Yolanda G. Spicer,    2837 Kathleen Ter,    Union, NJ   07083-4114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2019 at the address(es) listed below:

         Alexandra T. Garcia    on behalf of Creditor    LakeView Loan Servicing, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Denise E. Carlon    on behalf of Creditor    First Community Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Laura M. Egerman    on behalf of Creditor    Freddie MAC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Marc C Capone    on behalf of Joint Debtor Yolanda G. Spicer 5325@notices.nextchapterbk.com, docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com  
         Marc C Capone    on behalf of Debtor Karl G. Spicer 5325@notices.nextchapterbk.com, docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Melissa S DiCerbo    on behalf of Creditor    LakeView Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Robert Davidow    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                          TOTAL: 9