Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−22849−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Karl G. Spicer | Yolanda G. Spicer |
| 2837 Kathleen Ter | 2837 Kathleen Ter |
| Union, NJ 07083−4114 | Union, NJ 07083−4114 |

Social Security No.:
xxx−xx−3396                                    xxx−xx−2854

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/13/20 at 10:00 AM

to consider and act upon the following:

*88* – Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 2837 Kathleen Terrace, Union, NJ, 07083. Fee Amount $ 181. filed by Creditor First Community Bank, 32 Opposition filed by Debtor Karl G. Spicer, Joint Debtor Yolanda G. Spicer, 39 Order on Motion For Relief From Stay, 72 Order (Generic)) filed by Denise E. Carlon on behalf of First Community Bank. Objection deadline is 01/7/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

*90* – Certification in Opposition to (related document:88 Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 2837 Kathleen Terrace, Union, NJ, 07083. Fee Amount $ 181. filed by Creditor First Community Bank, 32 Opposition filed by Debtor Karl G. Spicer, Joint Debtor Yolanda G. Spicer, 39 Order on Motion For Relief From Stay, 72 Order (Generic)) filed by Denise E. Carlon on behalf of First Community Bank. Objection deadline is 01/7/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor First Community Bank) filed by Marc C Capone on behalf of Karl G. Spicer, Yolanda G. Spicer. (Attachments: # 1 Exhibit Mortgage Release documents) (Capone, Marc)

Dated: 1/8/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court