Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 17−22849−JKS
                                      Chapter: 13
                                      Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karl G. Spicer                                                 Yolanda G. Spicer
   2837 Kathleen Ter                                   2837 Kathleen Ter
   Union, NJ 07083−4114                        Union, NJ 07083−4114

Social Security No.:
   xxx−xx−3396                                                  xxx−xx−2854

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/13/20 at 10:00 AM

to consider and act upon the following:

*88* − Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 2837 Kathleen Terrace, Union, NJ, 07083. Fee Amount $ 181. filed by Creditor First Community Bank, 32 Opposition filed by Debtor Karl G. Spicer, Joint Debtor Yolanda G. Spicer, 39 Order on Motion For Relief From Stay, 72 Order (Generic)) filed by Denise E. Carlon on behalf of First Community Bank. Objection deadline is 01/7/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

*90* − Certification in Opposition to (related document:88 Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 2837 Kathleen Terrace, Union, NJ, 07083. Fee Amount $ 181. filed by Creditor First Community Bank, 32 Opposition filed by Debtor Karl G. Spicer, Joint Debtor Yolanda G. Spicer, 39 Order on Motion For Relief From Stay, 72 Order (Generic)) filed by Denise E. Carlon on behalf of First Community Bank. Objection deadline is 01/7/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor First Community Bank) filed by Marc C Capone on behalf of Karl G. Spicer, Yolanda G. Spicer. (Attachments: # 1 Exhibit Mortgage Release documents) (Capone, Marc)

Dated: 1/8/20

                                                                                             Jeanne Naughton
                                                                                             Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Karl G. Spicer  
Yolanda G. Spicer  
    Debtors

Case No. 17-22849-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 08, 2020  
                    Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2020.  
db/jdb        Karl G. Spicer,   Yolanda G. Spicer,   2837 Kathleen Ter,   Union, NJ   07083-4114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2020 at the address(es) listed below:

        Alexandra T. Garcia   on behalf of Creditor   LakeView Loan Servicing, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
        Denise E. Carlon   on behalf of Creditor   First Community Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Laura M. Egerman   on behalf of Creditor   Freddie MAC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Marc C Capone   on behalf of Joint Debtor Yolanda G. Spicer 5325@notices.nextchapterbk.com, docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com  
        Marc C Capone   on behalf of Debtor Karl G. Spicer 5325@notices.nextchapterbk.com, docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Melissa S DiCerbo   on behalf of Creditor   LakeView Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
        Robert Davidow   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                TOTAL: 9