UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

Order Filed on March 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Karl and Yolanda Spicer

Case No.: 17-22849

Chapter: 13

Judge: Sherwood

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 25, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc C. Capone, Esq._____, the applicant, is allowed a fee of $ _____600.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____600.00_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for \_\_\_\_\_n/a\_\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*

2