UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

**Order Filed on March 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Karl and Yolanda Spicer

Case No.: _____17-22849_____

Chapter: 13

Judge: _____Sherwood_____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 25, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Marc C. Capone, Esq. _____, the applicant, is allowed a fee of $ _____ 600.00 _____ for services rendered and expenses in the amount of $ _____ 0 _____ for a total of $ _____ 600.00 _____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ n/a _____ per month for _____ n/a _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-22849-JKS
Karl G. Spicer                                                  Chapter 13
Yolanda G. Spicer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Mar 25, 2020
                             Form ID: pdf903       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db/jdb        Karl G. Spicer,   Yolanda G. Spicer,   2837 Kathleen Ter,   Union, NJ  07083-4114
aty          +Laura A. Rabb,   284 Amboy Avenue,   Woodbridge, NJ 07095-2804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
        Alexandra T. Garcia    on behalf of Creditor    LakeView Loan Servicing, LLC NJECFMAIL@mwc-law.com,
        nj-ecfmail@ecf.courtdrive.com
        Denise E. Carlon    on behalf of Creditor    First Community Bank dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Laura M. Egerman    on behalf of Creditor    Freddie MAC bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
        Marc C Capone    on behalf of Joint Debtor Yolanda G. Spicer ecf@gbclawgroup.com,
        docs@caponeandkeefe.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgrou
        p.com
        Marc C Capone    on behalf of Debtor Karl G. Spicer ecf@gbclawgroup.com,
        docs@caponeandkeefe.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgrou
        p.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Melissa S DiCerbo    on behalf of Creditor    LakeView Loan Servicing, LLC nj-ecfmail@mwc-law.com,
        nj-ecfmail@ecf.courtdrive.com
        Robert  Davidow    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 9