Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF FEBRUARY 11, 2022

**Chapter 13 Case # 17-22849**

Re:  KARL G. SPICER  
     YOLANDA G. SPICER  
     2837 KATHLEEN TER  
     UNION, NJ  07083-4114

Atty:  MARC C. CAPONE. ESQ.  
      CAPONE & KEEFE P.C.  
      60 HIGHWAY 71, UNIT 2  
      SPRING LAKE HEIGHTS, NJ  07762

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/05/2017 | $963.00 | 4089295000 - | 07/26/2017 | $963.00 | 4152762000 - |
| 09/05/2017 | $963.00 | 4253765000 - | 10/02/2017 | $963.00 | 4323119000 - |
| 10/31/2017 | $963.00 | 4400684000 - | 12/01/2017 | $963.00 | 4480036000 - |
| 01/01/2018 | $963.00 | 4556192000 - | 01/29/2018 | $963.00 | 4627285000 - |
| 02/26/2018 | $963.00 | 4699908000 - | 04/02/2018 | $963.00 | 4796777000 |
| 05/01/2018 | $980.00 | 4874489000 | 06/04/2018 | $980.00 | 4961316000 |
| 07/03/2018 | $980.00 | 5041879000 | 08/02/2018 | $980.00 | 5115288000 |
| 08/31/2018 | $988.00 | 5192040000 | 10/02/2018 | $988.00 | 5278711000 |
| 11/02/2018 | $988.00 | 5359333000 | 12/03/2018 | $988.00 | 5432983000 |
| 01/02/2019 | $988.00 | 5507580000 | 01/31/2019 | $988.00 | 5580329000 |
| 02/27/2019 | $988.00 | 5651811000 | 04/01/2019 | $988.00 | 5748983000 |
| 04/29/2019 | $988.00 | 5817156000 | 06/03/2019 | $988.00 | 5901326000 |
| 07/01/2019 | $988.00 | 5975207000 | 08/02/2019 | $988.00 | 6062704000 |
| 09/03/2019 | $988.00 | 6132894000 | 09/30/2019 | $988.00 | 6214859000 |
| 11/04/2019 | $988.00 | 6299872000 | 12/02/2019 | $1,210.00 | 6370032000 |
| 12/31/2019 | $1,232.00 | 6440554000 | 02/05/2020 | $1,232.00 | 6533712000 |
| 03/03/2020 | $1,232.00 | 6608806000 | 03/10/2020 | $4,585.00 | GILLMAN 01284 |
| 03/30/2020 | $1,232.00 | 6672905000 | 05/06/2020 | $1,232.00 | 6770910000 |
| 06/02/2020 | $1,232.00 | 6834182000 | 06/30/2020 | $1,232.00 | 6900382000 |
| 08/03/2020 | $1,232.00 | 6988250000 | 08/31/2020 | $1,232.00 | 7051214000 |
| 10/02/2020 | $1,232.00 | 7129760000 | 11/02/2020 | $1,232.00 | 7197526000 |
| 11/30/2020 | $1,232.00 | 7265629000 | 01/04/2021 | $1,232.00 | 7347854000 |
| 02/03/2021 | $1,232.00 | 7428829000 | 03/04/2021 | $1,232.00 | 7500852000 |
| 04/06/2021 | $1,232.00 | 7581761000 | 05/03/2021 | $1,232.00 | 7644327000 |
| 06/02/2021 | $1,232.00 | 7709259000 | 07/06/2021 | $1,232.00 | 7789494000 |
| 08/03/2021 | $1,232.00 | 7855238000 | 09/07/2021 | $1,232.00 | 7929112000 |
| 10/04/2021 | $1,232.00 | 7993734000 | 11/01/2021 | $1,232.00 | 8054256000 |
| 11/30/2021 | $1,232.00 | 8110887000 | 12/30/2021 | $1,232.00 | 8173982000 |
| 01/31/2022 | $1,232.00 | 8243648000 | | | |

**Total Receipts: $66,197.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $66,197.00**

Chapter 13 Case # 17-22849

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,768.53 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | MERRICK BANK | UNSECURED | 3,359.52 | 100.00% | 3,236.89 | 122.63 |
| 0004 | CHASE CARD- SLATE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,070.15 | 100.00% | 1,994.59 | 75.56 |
| 0006 | LVNV FUNDING LLC | UNSECURED | 1,435.31 | 100.00% | 1,382.92 | 52.39 |
| 0007 | DISCOVER BANK | UNSECURED | 3,895.60 | 100.00% | 3,753.40 | 142.20 |
| 0008 | EOS CCA- VERIZON WIRELESS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | PUBLIC SERVICE HUDSON COUNTY EMP | UNSECURED | 13,209.02 | 100.00% | 12,726.86 | 482.16 |
| 0011 | UNITED STATES TREASURY/IRS | PRIORITY | 2,805.68 | 100.00% | 2,805.68 | 0.00 |
| 0012 | CAPITAL ONE NA | UNSECURED | 2,443.77 | 100.00% | 2,354.57 | 89.20 |
| 0013 | LAKEVIEW LOAN SERVICING LLC | MORTGAGE ARRE | 659.24 | 100.00% | 659.24 | 0.00 |
| 0014 | UNITED STUDENT AID FUNDS INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | LCS FINANCIAL SERVICES CORPORATION | MTG SURRENDER | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | LVNV FUNDING LLC | UNSECURED | 4,512.44 | 100.00% | 4,347.72 | 164.72 |
| 0018 | PUBLIC SERVICE FCU | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | FIRST COMMUNITY BANK | MORTGAGE ARRE | 1,597.91 | 100.00% | 1,597.91 | 0.00 |
| 0021 | STATE OF NJ | PRIORITY | 2,633.55 | 100.00% | 2,633.55 | 0.00 |
| 0024 | MIDLAND FUNDING LLC | UNSECURED | 318.43 | 100.00% | 306.81 | 11.62 |
| 0025 | QUANTUM3 GROUP LLC | UNSECURED | 3,188.62 | 100.00% | 3,072.22 | 116.40 |
| 0031 | LVNV FUNDING LLC | UNSECURED | 70.48 | 100.00% | 67.90 | 2.58 |
| 0032 | DISCOVER BANK | UNSECURED | 867.86 | 100.00% | 836.18 | 31.68 |
| 0033 | FED LOAN SERVICING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0034 | FED LOAN SERVICING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | FED LOAN SERVICING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0036 | PUBLIC SERVICE FCU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | PUBLIC SERVICE FCU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0038 | UNITED STATES TREASURY/IRS | UNSECURED | 125.39 | 100.00% | 117.25 | 8.14 |
| 0039 | VOLVO CAR FINANCIAL SERVICES US LL | UNSECURED | 5,655.12 | 100.00% | 5,448.69 | 206.43 |
| 0040 | FIRST COMMUNITY BANK | (NEW) MTG Agree | 8,991.72 | 100.00% | 8,991.72 | 0.00 |

**Total Paid: $63,852.63**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---:|---:|---|---:|---:|
| CAPITAL ONE NA | | | | | | |
| | 01/14/2019 | $20.13 | 0 | 02/11/2019 | $55.33 | 8000891 |
| | 03/18/2019 | $55.33 | 8000935 | 04/15/2019 | $55.33 | 8000982 |
| | 05/20/2019 | $55.32 | 8001026 | 06/17/2019 | $55.33 | 8001070 |
| | 07/15/2019 | $56.32 | 8001118 | 08/19/2019 | $56.32 | 8001158 |
| | 09/16/2019 | $56.33 | 8001200 | 02/10/2020 | $60.00 | 8001410 |
| | 03/16/2020 | $69.36 | 8001444 | 04/20/2020 | $327.47 | 8001485 |
| | 05/18/2020 | $69.37 | 8001534 | 06/15/2020 | $65.83 | 8001594 |
| | 07/20/2020 | $67.68 | 8001657 | 08/17/2020 | $67.67 | 8001718 |
| | 09/21/2020 | $67.68 | 8001779 | 10/19/2020 | $67.68 | 8001840 |
| | 11/16/2020 | $67.67 | 8001897 | 12/21/2020 | $67.67 | 8001953 |
| | 01/11/2021 | $67.68 | 8002008 | 02/22/2021 | $67.67 | 8002073 |
| | 03/15/2021 | $67.67 | 8002125 | 04/19/2021 | $67.68 | 8002179 |
| | 05/17/2021 | $67.67 | 8002232 | 06/21/2021 | $68.79 | 8002280 |
| | 07/19/2021 | $68.77 | 8002333 | 08/16/2021 | $68.77 | 8002385 |

**Chapter 13 Case # 17-22849**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 09/20/2021 | $68.76 | 8002434 | | 10/18/2021 | $68.77 | 8002485 |
| | 11/17/2021 | $69.51 | 8002533 | | 12/13/2021 | $69.50 | 8002583 |
| | 01/10/2022 | $69.51 | 8002638 | | | | |
| DISCOVER BANK | | | | | | | |
| | 01/14/2019 | $32.09 | 817650 | | 01/14/2019 | $7.15 | 817650 |
| | 02/11/2019 | $19.65 | 819537 | | 02/11/2019 | $88.20 | 819537 |
| | 03/18/2019 | $88.20 | 821513 | | 03/18/2019 | $19.65 | 821513 |
| | 04/15/2019 | $19.65 | 823543 | | 04/15/2019 | $88.20 | 823543 |
| | 05/20/2019 | $88.19 | 825522 | | 05/20/2019 | $19.64 | 825522 |
| | 06/17/2019 | $19.65 | 827540 | | 06/17/2019 | $88.19 | 827540 |
| | 06/25/2019 | ($88.19) | 825522 | | 06/25/2019 | $88.19 | 828617 |
| | 06/25/2019 | ($19.64) | 825522 | | 06/25/2019 | $19.64 | 828617 |
| | 07/15/2019 | $20.00 | 829391 | | 07/15/2019 | $89.79 | 829391 |
| | 08/19/2019 | $89.78 | 831364 | | 08/19/2019 | $20.00 | 831364 |
| | 09/16/2019 | $20.01 | 833380 | | 09/16/2019 | $89.80 | 833380 |
| | 02/10/2020 | $95.64 | 843163 | | 02/10/2020 | $21.30 | 843163 |
| | 03/16/2020 | $24.64 | 845075 | | 03/16/2020 | $110.56 | 845075 |
| | 04/20/2020 | $522.03 | 847018 | | 04/20/2020 | $116.30 | 847018 |
| | 05/18/2020 | $24.63 | 848908 | | 05/18/2020 | $110.56 | 848908 |
| | 06/15/2020 | $104.97 | 850594 | | 06/15/2020 | $23.38 | 850594 |
| | 07/20/2020 | $24.04 | 852397 | | 07/20/2020 | $107.88 | 852397 |
| | 08/17/2020 | $107.88 | 854261 | | 08/17/2020 | $24.03 | 854261 |
| | 09/21/2020 | $24.03 | 856078 | | 09/21/2020 | $107.88 | 856078 |
| | 10/19/2020 | $107.88 | 857956 | | 10/19/2020 | $24.03 | 857956 |
| | 11/16/2020 | $24.04 | 859752 | | 11/16/2020 | $107.88 | 859752 |
| | 12/21/2020 | $107.88 | 861576 | | 12/21/2020 | $24.03 | 861576 |
| | 01/11/2021 | $24.04 | 863353 | | 01/11/2021 | $107.87 | 863353 |
| | 02/22/2021 | $107.89 | 865048 | | 02/22/2021 | $24.03 | 865048 |
| | 03/15/2021 | $24.03 | 866886 | | 03/15/2021 | $107.87 | 866886 |
| | 04/19/2021 | $107.88 | 868582 | | 04/19/2021 | $24.03 | 868582 |
| | 05/17/2021 | $24.04 | 870479 | | 05/17/2021 | $107.88 | 870479 |
| | 06/21/2021 | $109.63 | 872290 | | 06/21/2021 | $24.42 | 872290 |
| | 07/19/2021 | $24.42 | 874082 | | 07/19/2021 | $109.63 | 874082 |
| | 08/16/2021 | $109.63 | 875765 | | 08/16/2021 | $24.42 | 875765 |
| | 09/20/2021 | $24.43 | 877508 | | 09/20/2021 | $109.63 | 877508 |
| | 10/18/2021 | $109.63 | 879277 | | 10/18/2021 | $24.43 | 879277 |
| | 11/17/2021 | $24.67 | 880988 | | 11/17/2021 | $110.79 | 880988 |
| | 12/13/2021 | $110.79 | 882619 | | 12/13/2021 | $24.69 | 882619 |
| | 01/10/2022 | $24.68 | 884271 | | 01/10/2022 | $110.80 | 884271 |
| FIRST COMMUNITY BANK | | | | | | | |
| | 11/20/2017 | $1,353.77 | 790600 | | 12/18/2017 | $244.14 | 792548 |
| | 04/16/2018 | $912.36 | 799979 | | 05/14/2018 | $911.00 | 801868 |
| | 06/18/2018 | $927.08 | 803769 | | 07/16/2018 | $927.08 | 805797 |
| | 08/20/2018 | $527.08 | 807685 | | 09/17/2018 | $950.60 | 809664 |
| | 10/22/2018 | $348.90 | 811570 | | 10/21/2019 | $974.78 | 835008 |
| | 11/18/2019 | $273.18 | 837107 | | 12/16/2019 | $936.62 | 839029 |
| | 01/13/2020 | $1,147.08 | 840904 | | 02/10/2020 | $155.96 | 842706 |
| LAKEVIEW LOAN SERVICING LLC | | | | | | | |
| | 11/20/2017 | $558.51 | 790333 | | 12/18/2017 | $100.73 | 792270 |

**Chapter 13 Case # 17-22849**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 01/14/2019 | $37.17 | 817868 | | 01/14/2019 | $11.82 | 817868 |
| | 02/11/2019 | $32.50 | 819754 | | 02/11/2019 | $102.16 | 819754 |
| | 03/18/2019 | $102.16 | 821739 | | 03/18/2019 | $32.50 | 821739 |
| | 04/15/2019 | $32.50 | 823761 | | 04/15/2019 | $5.37 | 823761 |
| | 04/15/2019 | $102.16 | 823761 | | 05/20/2019 | $102.16 | 825744 |
| | 05/20/2019 | $32.49 | 825744 | | 06/17/2019 | $32.49 | 827740 |
| | 06/17/2019 | $102.16 | 827740 | | 07/15/2019 | $104.00 | 829590 |
| | 07/15/2019 | $33.08 | 829590 | | 08/19/2019 | $33.09 | 831585 |
| | 08/19/2019 | $6.44 | 831585 | | 08/19/2019 | $104.01 | 831585 |
| | 09/16/2019 | $104.01 | 833588 | | 09/16/2019 | $33.07 | 833588 |
| | 02/10/2020 | $35.24 | 843374 | | 02/10/2020 | $110.80 | 843374 |
| | 03/16/2020 | $128.06 | 845292 | | 03/16/2020 | $40.74 | 845292 |
| | 03/16/2020 | $5.35 | 845292 | | 04/20/2020 | $9.45 | 847233 |
| | 04/20/2020 | $192.34 | 847233 | | 04/20/2020 | $604.69 | 847233 |
| | 05/18/2020 | $128.07 | 849089 | | 05/18/2020 | $40.73 | 849089 |
| | 06/15/2020 | $38.68 | 850783 | | 06/15/2020 | $121.58 | 850783 |
| | 07/20/2020 | $124.97 | 852601 | | 07/20/2020 | $39.75 | 852601 |
| | 07/20/2020 | $5.85 | 852601 | | 08/17/2020 | $39.75 | 854459 |
| | 08/17/2020 | $124.96 | 854459 | | 09/21/2020 | $124.96 | 856296 |
| | 09/21/2020 | $39.74 | 856296 | | 10/19/2020 | $39.75 | 858158 |
| | 10/19/2020 | $5.85 | 858158 | | 10/19/2020 | $124.96 | 858158 |
| | 11/16/2020 | $124.96 | 859945 | | 11/16/2020 | $39.75 | 859945 |
| | 12/21/2020 | $39.75 | 861781 | | 12/21/2020 | $124.96 | 861781 |
| | 01/11/2021 | $124.97 | 863538 | | 01/11/2021 | $39.74 | 863538 |
| | 01/11/2021 | $5.86 | 863538 | | 02/22/2021 | $39.75 | 865282 |
| | 02/22/2021 | $124.95 | 865282 | | 03/15/2021 | $124.97 | 867079 |
| | 03/15/2021 | $39.75 | 867079 | | 04/19/2021 | $39.75 | 868810 |
| | 04/19/2021 | ($39.75) | 868810 | | 04/19/2021 | $39.75 | 869686 |
| | 04/19/2021 | $5.85 | 868810 | | 04/19/2021 | ($5.85) | 868810 |
| | 04/19/2021 | $5.85 | 869686 | | 04/19/2021 | $124.96 | 868810 |
| | 04/19/2021 | ($124.96) | 868810 | | 04/19/2021 | $124.96 | 869686 |
| | 05/17/2021 | $124.96 | 870698 | | 05/17/2021 | $39.74 | 870698 |
| | 06/21/2021 | $40.40 | 872502 | | 06/21/2021 | $126.98 | 872502 |
| | 07/19/2021 | $126.99 | 874279 | | 07/19/2021 | $40.39 | 874279 |
| | 07/19/2021 | $5.92 | 874279 | | 08/16/2021 | $40.39 | 875972 |
| | 08/16/2021 | $126.99 | 875972 | | 09/20/2021 | $126.99 | 877723 |
| | 09/20/2021 | $40.39 | 877723 | | 10/18/2021 | $40.39 | 879469 |
| | 10/18/2021 | $5.95 | 879469 | | 10/18/2021 | $126.98 | 879469 |
| | 11/17/2021 | $128.35 | 881183 | | 11/17/2021 | $40.83 | 881183 |
| | 12/13/2021 | $40.82 | 882807 | | 12/13/2021 | $128.33 | 882807 |
| | 01/10/2022 | $128.34 | 884453 | | 01/10/2022 | $40.82 | 884453 |
| | 01/10/2022 | $6.01 | 884453 | | | | |

**Chapter 13 Case # 17-22849**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MERRICK BANK | | | | | | | |
| | 01/14/2019 | $27.67 | 817899 | | 02/11/2019 | $76.06 | 819787 |
| | 03/18/2019 | $76.06 | 821770 | | 04/15/2019 | $76.06 | 823794 |
| | 05/20/2019 | $76.06 | 825780 | | 06/17/2019 | $76.06 | 827768 |
| | 07/15/2019 | $77.43 | 829626 | | 08/19/2019 | $77.43 | 831624 |
| | 09/16/2019 | $77.43 | 833623 | | 02/10/2020 | $82.49 | 843410 |
| | 03/16/2020 | $95.35 | 845327 | | 04/20/2020 | $450.18 | 847268 |
| | 05/18/2020 | $95.36 | 849118 | | 06/15/2020 | $90.52 | 850813 |
| | 07/20/2020 | $93.03 | 852632 | | 08/17/2020 | $93.03 | 854490 |
| | 09/21/2020 | $93.04 | 856328 | | 10/19/2020 | $93.03 | 858188 |
| | 11/16/2020 | $93.03 | 859975 | | 12/21/2020 | $93.03 | 861814 |
| | 01/11/2021 | $93.05 | 863565 | | 02/22/2021 | $93.03 | 865319 |
| | 03/15/2021 | $93.03 | 867108 | | 04/19/2021 | $93.03 | 868845 |
| | 05/17/2021 | $93.04 | 870721 | | 06/21/2021 | $94.54 | 872532 |
| | 07/19/2021 | $94.54 | 874308 | | 08/16/2021 | $94.54 | 875999 |
| | 09/20/2021 | $94.55 | 877756 | | 10/18/2021 | $94.55 | 879500 |
| | 11/17/2021 | $95.54 | 881211 | | 12/13/2021 | $95.56 | 882830 |
| | 01/10/2022 | $95.54 | 884478 | | | | |
| MIDLAND FUNDING LLC | | | | | | | |
| | 02/11/2019 | $9.83 | 818830 | | 03/18/2019 | $7.21 | 820752 |
| | 04/15/2019 | $7.21 | 822800 | | 05/20/2019 | $7.21 | 824771 |
| | 06/17/2019 | $7.21 | 826837 | | 07/15/2019 | $7.34 | 828704 |
| | 08/19/2019 | $7.34 | 830572 | | 09/16/2019 | $7.34 | 832660 |
| | 02/10/2020 | $7.82 | 842441 | | 03/16/2020 | $9.03 | 844311 |
| | 04/20/2020 | $42.68 | 846258 | | 05/18/2020 | $9.03 | 848232 |
| | 06/15/2020 | $8.58 | 849921 | | 07/20/2020 | $8.82 | 851666 |
| | 08/17/2020 | $8.82 | 853557 | | 09/21/2020 | $8.82 | 855326 |
| | 10/19/2020 | $8.81 | 857243 | | 11/16/2020 | $8.82 | 859053 |
| | 12/21/2020 | $8.82 | 860810 | | 01/11/2021 | $8.82 | 862722 |
| | 02/22/2021 | $8.82 | 864238 | | 03/15/2021 | $8.81 | 866230 |
| | 04/19/2021 | $8.82 | 867782 | | 05/17/2021 | $8.82 | 869746 |
| | 06/21/2021 | $8.96 | 871504 | | 07/19/2021 | $8.96 | 873369 |
| | 08/16/2021 | $8.96 | 875058 | | 09/20/2021 | $8.96 | 876778 |
| | 10/18/2021 | $8.97 | 878578 | | 11/17/2021 | $9.05 | 880287 |
| | 12/13/2021 | $9.06 | 881947 | | 01/10/2022 | $9.06 | 883590 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 01/14/2019 | $17.05 | 0 | | 02/11/2019 | $46.87 | 8000887 |
| | 03/18/2019 | $46.87 | 8000934 | | 04/15/2019 | $46.87 | 8000980 |
| | 05/20/2019 | $46.86 | 8001023 | | 06/17/2019 | $46.88 | 8001069 |
| | 07/15/2019 | $47.71 | 8001114 | | 08/19/2019 | $47.71 | 8001156 |
| | 09/16/2019 | $47.72 | 8001195 | | 02/10/2020 | $50.82 | 8001405 |
| | 03/16/2020 | $58.75 | 8001443 | | 04/20/2020 | $277.42 | 8001482 |
| | 05/18/2020 | $58.75 | 8001532 | | 06/15/2020 | $55.77 | 8001591 |
| | 07/20/2020 | $57.34 | 8001651 | | 08/17/2020 | $57.32 | 8001715 |
| | 09/21/2020 | $57.33 | 8001772 | | 10/19/2020 | $57.33 | 8001836 |
| | 11/16/2020 | $57.33 | 8001892 | | 12/21/2020 | $57.33 | 8001947 |
| | 01/11/2021 | $57.32 | 8002011 | | 02/22/2021 | $57.33 | 8002065 |
| | 03/15/2021 | $57.33 | 8002123 | | 04/19/2021 | $57.33 | 8002171 |
| | 05/17/2021 | $57.32 | 8002234 | | 06/21/2021 | $58.27 | 8002277 |
| | 07/19/2021 | $58.26 | 8002330 | | 08/16/2021 | $58.26 | 8002383 |
| | 09/20/2021 | $58.25 | 8002432 | | 10/18/2021 | $58.24 | 8002481 |
| | 11/17/2021 | $58.89 | 8002529 | | 12/13/2021 | $58.88 | 8002581 |
| | 01/10/2022 | $58.88 | 8002633 | | | | |

**Chapter 13 Case # 17-22849**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PUBLIC SERVICE HUDSON COUNTY EMPLOYEES FCU | | | | | | |
| | 01/14/2019 | $108.79 | 817269 | 02/11/2019 | $299.05 | 819160 |
| | 03/18/2019 | $299.05 | 821106 | 04/15/2019 | $299.05 | 823146 |
| | 05/20/2019 | $299.08 | 825105 | 06/17/2019 | $299.04 | 827155 |
| | 07/15/2019 | $304.44 | 829011 | 08/19/2019 | $304.46 | 830914 |
| | 09/16/2019 | $304.44 | 832973 | 02/10/2020 | $324.32 | 842730 |
| | 03/16/2020 | $374.89 | 844590 | 04/20/2020 | $1,770.07 | 846542 |
| | 05/18/2020 | $374.89 | 848491 | 06/15/2020 | $355.91 | 850169 |
| | 07/20/2020 | $365.79 | 851932 | 08/17/2020 | $365.79 | 853815 |
| | 09/21/2020 | $365.80 | 855584 | 10/19/2020 | $365.79 | 857490 |
| | 11/16/2020 | $365.79 | 859288 | 12/21/2020 | $365.79 | 861067 |
| | 01/11/2021 | $365.80 | 862936 | 02/22/2021 | $365.77 | 864501 |
| | 03/15/2021 | $365.81 | 866440 | 04/19/2021 | $365.80 | 868027 |
| | 05/17/2021 | $365.79 | 869966 | 06/21/2021 | $371.71 | 871726 |
| | 07/19/2021 | $371.73 | 873580 | 08/16/2021 | $371.73 | 875268 |
| | 09/20/2021 | $371.73 | 876990 | 10/18/2021 | $371.72 | 878777 |
| | 11/17/2021 | $375.68 | 880486 | 12/13/2021 | $375.67 | 882132 |
| | 01/10/2022 | $375.69 | 883780 | | | |
| QUANTUM3 GROUP LLC | | | | | | |
| | 01/14/2019 | $26.26 | 818081 | 02/11/2019 | $72.19 | 819985 |
| | 03/18/2019 | $72.19 | 821960 | 04/15/2019 | $72.19 | 823987 |
| | 05/20/2019 | $72.20 | 826001 | 06/17/2019 | $72.19 | 827961 |
| | 07/15/2019 | $73.49 | 829825 | 08/19/2019 | $73.49 | 831837 |
| | 09/16/2019 | $73.50 | 833836 | 02/10/2020 | $78.28 | 8001409 |
| | 03/16/2020 | $90.50 | 8001445 | 04/20/2020 | $427.29 | 8001484 |
| | 05/18/2020 | $90.49 | 8001535 | 06/15/2020 | $85.92 | 8001596 |
| | 07/20/2020 | $88.30 | 8001652 | 08/17/2020 | $88.30 | 8001712 |
| | 09/21/2020 | $88.31 | 8001771 | 10/19/2020 | $88.30 | 8001838 |
| | 11/16/2020 | $88.30 | 8001891 | 12/21/2020 | $88.30 | 8001948 |
| | 01/11/2021 | $88.31 | 8002006 | 02/22/2021 | $88.29 | 8002066 |
| | 03/15/2021 | $88.30 | 8002122 | 04/19/2021 | $88.30 | 8002172 |
| | 05/17/2021 | $88.31 | 8002226 | 06/21/2021 | $89.73 | 8002274 |
| | 07/19/2021 | $89.73 | 8002327 | 08/16/2021 | $89.73 | 8002379 |
| | 09/20/2021 | $89.74 | 8002429 | 10/18/2021 | $89.73 | 8002478 |
| | 11/17/2021 | $90.69 | 8002525 | 12/13/2021 | $90.70 | 8002578 |
| | 01/10/2022 | $90.67 | 8002630 | | | |
| STATE OF NJ | | | | | | |
| | 12/18/2017 | $271.77 | 793641 | 01/22/2018 | $438.75 | 795514 |
| | 02/20/2018 | $438.75 | 797341 | 10/22/2018 | $295.09 | 812662 |
| | 11/19/2018 | $451.10 | 814563 | 12/17/2018 | $451.10 | 816453 |
| | 01/14/2019 | $286.99 | 818379 | | | |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 12/18/2017 | $289.54 | 8000410 | 01/22/2018 | $467.43 | 8000426 |
| | 02/20/2018 | $467.43 | 8000458 | 10/22/2018 | $314.37 | 8000765 |
| | 11/19/2018 | $480.58 | 0 | 12/17/2018 | $480.58 | 0 |
| | 01/14/2019 | $305.75 | 0 | 03/18/2019 | $6.71 | 8000977 |
| | 05/20/2019 | $5.67 | 8001066 | 07/15/2019 | $5.74 | 8001153 |
| | 09/16/2019 | $5.78 | 8001237 | 03/16/2020 | $6.64 | 8001481 |
| | 04/20/2020 | $16.80 | 8001529 | 06/15/2020 | $6.94 | 8001647 |
| | 08/17/2020 | $6.94 | 8001769 | 10/19/2020 | $6.94 | 8001890 |
| | 12/21/2020 | $6.95 | 8002005 | 02/22/2021 | $6.94 | 8002118 |
| | 04/19/2021 | $6.95 | 8002224 | 06/21/2021 | $7.00 | 8002325 |
| | 08/16/2021 | $7.06 | 8002427 | 10/18/2021 | $7.06 | 8002522 |
| | 12/13/2021 | $7.13 | 8002628 | | | |

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| VOLVO CAR FINANCIAL SERVICES US LLC | | | | | | |
| | 01/14/2019 | $46.58 | 817211 | 02/11/2019 | $128.03 | 819096 |
| | 03/18/2019 | $128.03 | 821044 | 04/15/2019 | $128.03 | 823080 |
| | 05/20/2019 | $128.04 | 825040 | 06/17/2019 | $128.03 | 827090 |
| | 07/15/2019 | $130.34 | 828950 | 08/19/2019 | $130.34 | 830845 |
| | 09/16/2019 | $130.35 | 832913 | 02/10/2020 | $138.84 | 842671 |
| | 03/16/2020 | $160.50 | 844534 | 04/20/2020 | $757.81 | 846480 |
| | 05/18/2020 | $160.50 | 848438 | 06/15/2020 | $152.38 | 850117 |
| | 07/20/2020 | $156.60 | 851875 | 08/17/2020 | $156.61 | 853762 |
| | 09/21/2020 | $156.61 | 855533 | 10/19/2020 | $156.60 | 857445 |
| | 11/16/2020 | $156.60 | 859241 | 12/21/2020 | $156.60 | 861016 |
| | 01/11/2021 | $156.61 | 862895 | 02/22/2021 | $156.62 | 864441 |
| | 03/15/2021 | $156.60 | 866395 | 04/19/2021 | $156.61 | 867969 |
| | 05/17/2021 | $156.60 | 869916 | 06/21/2021 | $159.14 | 871677 |
| | 07/19/2021 | $159.14 | 873532 | 08/16/2021 | $159.15 | 875220 |
| | 09/20/2021 | $159.15 | 876940 | 10/18/2021 | $159.14 | 878733 |
| | 11/17/2021 | $160.84 | 880439 | 12/13/2021 | $160.83 | 882085 |
| | 01/10/2022 | $160.84 | 883731 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: February 11, 2022.

Receipts: $66,197.00    -    Paid to Claims: $56,334.10    -    Admin Costs Paid: $7,518.53    =    Funds on Hand: $2,344.37

Unpaid Balance to Claims: $1,505.71    +    Unpaid Trustee Comp: $79.25    =    Total Unpaid Balance: **($759.41)

**NOTE: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.