| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Karl G. Spicer | Social Security number or ITIN  xxx–xx–3396 |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Yolanda G. Spicer | Social Security number or ITIN  xxx–xx–2854 |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number: 17–22849–JKS | | |

# Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Karl G. Spicer                                              Yolanda G. Spicer

<u>4/14/22</u>                                                **By the court:** <u>John K. Sherwood</u>
                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Karl G. Spicer  
Yolanda G. Spicer  
    Debtors

Case No. 17-22849-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4  
Date Rcvd: Apr 14, 2022     Form ID: 3180W     Total Noticed: 55

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Karl G. Spicer, Yolanda G. Spicer, 2837 Kathleen Ter, Union, NJ 07083-4114 |
| aty | + | Laura A. Rabb, 284 Amboy Avenue, Woodbridge, NJ 07095-2804 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 516897931 | | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040S, Louis, MO 63129 |
| 516897935 | | Fed Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 517162289 | + | First Community Bank, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516897936 | | Hudson County Employees FCU, PO Box 7, Brick, NJ 08723-0007 |
| 518804517 | + | LCS Financial Services Corporation, 6782 S Potomac St # 100, Centennial, CO 80112-8000 |
| 518804518 | + | LCS Financial Services Corporation, 6782 S Potomac St # 100, Centennial, CO 80112, LCS Financial Services Corporation, 6782 S Potomac St # 100 Centennial, CO 80112-8000 |
| 518839216 | + | LCS Financial Services Corporation, 6782 S Potomac St #100, Centennial, CO 80112-8000 |
| 517175717 | + | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 516897939 | | Loancare Inc, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 516897943 | | Prosper Marketplace Inc, PO Box 396081, San Francisco, CA 94139-6081 |
| 516897944 | | Public Service Fcu, 619 Union Ave, Middlesex, NJ 08846-1963 |
| 516897947 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ- Division of Taxation, PO Box 286, Trenton, NJ 08695-0286 |
| 516897945 | | Specialized Loan Servicing/Sls, Attn: Bankruptcy, PO Box 636005, Littleton, CO 80163-6005 |
| 516897946 | + | State of NJ- Div of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 517108375 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 516954643 | | navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 14 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 14 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 14 2022 20:32:00 | Freddie MAC, C/O Robertson, Anschutz & Schneid P.L., 6409 Congress Ave, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | EDI: RMSC.COM | Apr 15 2022 00:28:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517559123 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 14 2022 20:32:00 | United Student Aid Funds, Inc. (USAF), PO Box 8961, Madison WI 53708-8961 |

Case 17-22849-JKS    Doc 116    Filed 04/16/22    Entered 04/17/22 00:17:53    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 14, 2022 | Form ID: 3180W | Total Noticed: 55 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 516897927 | EDI: BANKAMER.COM | Apr 15 2022 00:28:00 | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 516897928 | Email/Text: cms-bk@cms-collect.com | Apr 14 2022 20:32:00 | Capital Management Services, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 517103692 | Email/PDF: bncnotices@becket-lee.com | Apr 14 2022 20:35:29 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516897929 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 14 2022 20:35:05 | Cardworks/CW Nexus- Merrick Bank, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 516897932 | Email/PDF: creditonebknotifications@resurgent.com | Apr 14 2022 20:35:25 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516909382 | EDI: DISCOVER.COM | Apr 15 2022 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516897933 | EDI: DISCOVER.COM | Apr 15 2022 00:28:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 516897934 | EDI: VERIZONCOMB.COM | Apr 15 2022 00:28:00 | Eos Cca- Verizon Wireless, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 516897935 | Email/Text: bncnotifications@pheaa.org | Apr 14 2022 20:32:00 | Fed Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 517959711 + | Email/Text: mtgbk@shellpointmtg.com | Apr 14 2022 20:32:00 | Federal Home Loan Mortgage Corp, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517959712 + | Email/Text: mtgbk@shellpointmtg.com | Apr 14 2022 20:32:00 | Federal Home Loan Mortgage Corp, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, Federal Home Loan Mortgage Corp, Shellpoint Mortgage Servicing 29603-0826 |
| 516897937 | EDI: IRS.COM | Apr 15 2022 00:33:00 | Internal Revenue Service, PO Box 804527, Cincinnati, OH 45280-4527 |
| 516897930 | EDI: JPMORGANCHASE | Apr 15 2022 00:28:00 | Chase Card- Slate, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 516897938 | Email/Text: PBNCNotifications@peritusservices.com | Apr 14 2022 20:32:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 517448864 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2022 20:45:53 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 517448865 + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2022 20:35:29 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587, LVNV Funding, LLC, c/o Resurgent Capital Services 29603-0587 |
| 517085681 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2022 20:35:29 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517175717 + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 14 2022 20:32:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 516897939 | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 14 2022 20:32:00 | Loancare Inc, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 517085201 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 14 2022 20:35:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517132394 + | Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2022 20:32:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516897940 | EDI: NAVIENTFKASMSERV.COM | Apr 15 2022 00:33:00 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 14, 2022 | Form ID: 3180W | Total Noticed: 55 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| 516897941 | | EDI: LCIPHHMRGT | Apr 15 2022 00:33:00 | Ocwen Loan Servicing, LLC, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 517163559 | + | EDI: LCIPHHMRGT | Apr 15 2022 00:33:00 | Ocwen Loan Servicing, LLC, Ocwen Loan Servicing, LLC, ATTN: Cashiering Department, 1661 Worthington Rd., Suite 100, West Palm Beach, FL 33409-6493 |
| 516897942 | | EDI: RMSC.COM | Apr 15 2022 00:28:00 | Old Navy Visa/Synchrony Bank, PO Box 960017, Orlando, FL 32896-0017 |
| 517127346 | | EDI: PRA.COM | Apr 15 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517175517 | + | Email/Text: bncmail@w-legal.com | Apr 14 2022 20:33:00 | Prosper Marketplace Inc., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517070288 | | EDI: Q3G.COM | Apr 15 2022 00:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516897948 | | EDI: RMSC.COM | Apr 15 2022 00:28:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 516900080 | + | EDI: RMSC.COM | Apr 15 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516897949 | | EDI: RMSC.COM | Apr 15 2022 00:28:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 516897950 | | EDI: RMSC.COM | Apr 15 2022 00:28:00 | Synchrony Bank/Pc Richard, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 516897951 | | EDI: CITICORP.COM | Apr 15 2022 00:33:00 | The Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 516979500 | + | Email/Text: BKRMailOps@weltman.com | Apr 14 2022 20:33:00 | Volvo Car Financial Services US, LLC, c/o Weltman, Weinberg & Reis Co LPA, 323 W. Lakeside Ave Suite 200, Cleveland, OH 44113-1009 |

TOTAL: 39

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517280662 | | Public Service Hudson County EFCU |
| 518515521 | *+ | First Community Bank, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516897952 | ## | Volvo Car Financial Sv, 1 Volvo Dr, Rockleigh, NJ 07647-2507 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 14, 2022 | Form ID: 3180W | Total Noticed: 55 |

Date: Apr 16, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:**

**Name** **Email Address**

Alexandra T. Garcia
on behalf of Creditor LakeView Loan Servicing  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Andrew M. Lubin
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

Denise E. Carlon
on behalf of Creditor First Community Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Laura M. Egerman
on behalf of Creditor Freddie MAC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Marc C Capone
on behalf of Joint Debtor Yolanda G. Spicer ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com

Marc C Capone
on behalf of Debtor Karl G. Spicer ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com

Marie-Ann Greenberg
magecf@magtrustee.com

Marie-Ann Greenberg
on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Marisa Myers Cohen
on behalf of Creditor LakeView Loan Servicing  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Melissa S DiCerbo
on behalf of Creditor LakeView Loan Servicing  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11